IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

John Dillard, et al.,

    Plaintiffs,

v.

TALLAPOOSA COUNTY
BOARD OF EDUCATION

CIVIL ACTION NO.
2.87-CV-1296-MHT

<u>Notice of No Objection to Order to Show Cause</u>

Comes now the Tallapoosa County Board of Education, by and through undersigned counsel, and files this notice that the Tallapoosa County Board of Education has no objection to the entry of the proposed order to show cause.

Oliver and Treadwell, LLP
129 West Columbus Street
Dadeville, Alabama 36853
(256) 825-9296

_____
John P. Oliver, II (OLI005)
Attorney for Tallapoosa County
Board of Education

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on John J. Park, Jr., Assistant Attorney General, 11 South Union Street, Montgomery, Alabama, 36130-0152, Edward Still, Jr., Attorney at Law, 2112 11th Avenue South Suite 201, Birmingham, AL, 35205-2844, James U. Blacksher, Attorney at Law, P.O. Box 636, Birmingham, AL, 35201-0636, John A. Nichols, Attorney at Law, P. O. Box 369, Luverne, AL, 36049, this 26 day of March, 2007.

_____
John P. Oliver, II